AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

William R. Nolan, )
*Plaintiff* )
v. ) Case No. 19-cv-00187
The City of New York, et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff

Date:   01/09/2019

/s/ Alexander T. Coleman
*Attorney's signature*

Alexander T. Coleman, Esq. (AC 8151)
*Printed name and bar number*

Borrelli & Associates, P.L.L.C.
910 Franklin Avenue, Suite 200
Garden City, New York 11530

*Address*

atc@employmentlawyernewyork.com
*E-mail address*

(516) 248-5550
*Telephone number*

(516) 248-6027
*FAX number*