AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| William R. Nolan, | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 19-cv-00187 |
| The City of New York, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff                                                                                                      .

Date:      01/09/2019                                    /s/ Michael J. Borrelli
                                                                    *Attorney's signature*

                                                         Michael J. Borrelli, Esq. (MB 8533)
                                                                *Printed name and bar number*

                                                         Borrelli & Associates, P.L.L.C.
                                                         910 Franklin Avenue, Suite 200
                                                         Garden City, New York 11530

                                                                        *Address*

                                                         mjb@employmentlawyernewyork.com
                                                                    *E-mail address*

                                                              (516) 248-5550
                                                                *Telephone number*

                                                              (516) 248-6027
                                                                  *FAX number*