UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

WILLIAM R. NOLAN,

                                Plaintiff,

            -against-

THE CITY OF NEW YORK, and
JOSEPH REZNICK, individually, and
RAYMOND SPINELLA, individually, and
LAWRENCE BYRNE, individually, and
MICHAEL BARRETO, individually, and
ASIF IQBAL, individually,

                                Defendants.

**NOTICE OF APPEARANCE**

19 CV 00187 (ILG)(ST)

------------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel Darren Trotter, appears as counsel for Defendant City of New York, and requests to receive notice of all docket events via the Electronic Case Filing system.  I certify that I am admitted to practice before this Court.

Dated:        New York, New York
                 January 31, 2019

                                              Respectfully Submitted,

                                              ZACHARY W. CARTER
                                              Corporation Counsel of the City of New York
                                              Attorney for Defendants
                                              100 Church Street
                                              New York, New York 10007
                                              (212) 356-1662
                                              dtrotter@law.nyc.gov

                              By:          /s/
                                              DARREN TROTTER
                                              Assistant Corporation Counsel

- 2 -

TO:    Thomas R. Price
        Alexander Coleman
        Michael J. Borrelli
        Borrelli & Associates, P.L.L.C.
        *Attorneys for Plaintiff*
        910 Franklin Avenue, Ste. 200
        Garden City, New York 11530
        (via ECF)