## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | March 8, 2019 |
| **TIME:** | 2:00 P.M. |
| **DOCKET NUMBER(S):** | CV-19-187 (ILG) |
| **NAME OF CASE(S):** | **NOLAN V. CITY OF NEW YORK ET AL.** |
| **FOR PLAINTIFF(S):** | Price |
| **FOR DEFENDANT(S):** | Trotter |
| **NEXT CONFERENCE(S):** | See rulings below |
| **FTR/COURT REPORTER:** | 2:01 - 2:30 |

### RULINGS FROM MOTION HEARING:

For the reasons discussed on the record, Defendants' Motion to Stay [11] is granted. Defendants are ordered to provide a status report on the pending criminal action and IAB investigation by May 8, 2019.