# Exhibit B

Citibank, N.A.
Card Services Support Unit
PO Box 6722
Sioux Falls, SD 57117-6722



May 28, 2019

William R. Nolan
9 Gadsen Pl
Apt 2A
Staten Island, NY 10314-4841

Costco Anywhere Visa®
Account ending in 1686

Best Buy
Account ending in 0301

Sears
Account ending in 9996

Dear William R. Nolan:

We are writing to you in response to your request for a statement of specific reasons for the action taken to close your accounts.

During a recent review of your accounts, we discovered information suggesting you were arrested and charged with criminal possession of a weapon, among other charges. As a result, your above-referenced accounts were closed on April 22, 2019.

We appreciate the opportunity to respond to your inquiry.

Sincerely,

Cards Services Support Unit
1-855-688-0555*

*TTY/TDD: 1-800-201-7165 (for hearing and speech impaired services only), Monday – Friday 8:00 a.m. – 10:00 p.m. ET; Sunday – 9:00 a.m. – 5:30 p.m. ET.

FEDERAL REGULATIONS REQUIRE THE STATEMENT PRINTED ON THE REVERSE SIDE