AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| WILLIAM R. NOLAN, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-cv-00187 |
| THE CITY OF NEW YORK, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff       .

Date:  07/11/2019

/s/Caitlin Duffy
*Attorney's signature*

Caitlin Duffy, Esq. (CD 8160)
*Printed name and bar number*

Borrelli & Associates, P.L.L.C.
910 Franklin Avenue, Suite 200
Garden City, New York 11530
*Address*

cd@employmentlawyernewyork.com
*E-mail address*

(516) 248-5550
*Telephone number*

(516) 248-6027
*FAX number*