# BORRELLI & ASSOCIATES
## P.L.L.C.
www.employmentlawyernewyork.com

655 Third Avenue  
Suite 1821  
New York, NY 10017  
Tel. No. 212.679.5000  
Fax No. 212.679.5005

910 Franklin Avenue  
Suite 200  
Garden City, NY 11530  
Tel. No. 516.248.5550  
Fax No. 516.248.6027

July 11, 2019

<u>Via ECF</u>
The Honorable Steven Tiscione
United States Magistrate Judge for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Nolan v. City of New York et al.</u>, Case No. 19-cv-00187-ILG-ST

Dear Judge Tiscione:

    This office represents Plaintiff, William R. Nolan, in the above-referenced action brought against Defendants, the City of New York ("City"), Joseph Reznick, individually, Raymond Spinella, individually, Lawrence Byrne, individually, Michael Barreto, individually, and Asif Iqbal, individually, (collectively, "Defendants"), for violations of Plaintiff's First, Second, and Fourth Amendment rights under the Constitution of the United States, via-a-vis the Fourteenth Amendment to the Constitution of the United States and 42 U.S.C. § 1983. By minute order on July 8, 2019, the Court scheduled a hearing on July 15, 2019, at 11:30 a.m. on Plaintiff's discovery motion and to partially lift the stay (ECF 17). The prior attorney handling this matter - - Thomas Price, Esq. - - recently left the Firm and the undersigned will be the attorney handling this matter moving forward on a day-to-day basis. I respectfully request a brief one-week adjournment of the hearing due to my need to handle several other matters with outstanding deadlines. Additionally, as I was not there, I intend to rush order the transcript of the hearing in this case held on March 8, 2019 on the City's original motion to stay the case, and I would like to receive and review it prior to the hearing on Plaintiff's motion. Opposing counsel has consented to Plaintiff's request for an adjournment and the parties suggest July 22, 25 or 26 as alternative dates for the hearing.

2

      We thank the Court for its attention to this matter.

                                                            Caitlin Duffy, Esq.
                                                              *For the Firm*

To:    All counsel of record (*via ECF*)