# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | July 22, 2019 |
| TIME: | 3:00 |
| DOCKET NUMBER(S): | CV-19-0187 (ILG) |
| NAME OF CASE(S): | Nolan v. City of New York et al. |
| FOR PLAINTIFF(S): | Duffy |
| FOR DEFENDANT(S): | Trotter |
| NEXT CONFERENCE(S): | |
| FTR/COURT REPORTER: | FTR (3:11 - 3:27) |

RULINGS FROM  Motion Hearing                    :

For the reasons discussed on the record, Plaintiff's Motion to Authorize the Issuance of Non-party Subpoenas [17] is denied and the stay remains in effect.  Defendants are directed to refrain from contacting any of Plaintiff's financial institutions except for legitimate law enforcement purposes.  Defendants shall provide a status update by August 30, 2019 and will include an affidavit from someone with personal knowledge regarding the existence of an open IAB investigation into the defendant officers and, if possible, an estimate as to when the investigation is expected to conclude.