

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

DARREN TROTTER
*Assistant Corporation Counsel*
Phone: (212) 356-1662
Fax: (212) 356-1019
dtrotter@law.nyc.gov

August 30, 2019

**VIA ECF**
Honorable Steven L. Tiscione
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: William R. Nolan v. City of New York et al., 19-CV-00187 (ILG)(SLT)

Dear Judge Tiscione:

I am an attorney in the office of Zachary W. Carter, Corporation Counsel of the City of New York, counsel for defendant City of New York in the above-referenced action. I write pursuant to this Court's July 24, 2019 Order (Dkt. 22) requiring a status report on (1) the criminal prosecution of plaintiff and (2) the New York City Police Department Internal Affairs Bureau ("IAB") investigation into the events that led to the suspension of plaintiff's handgun licenses. Additionally, pursuant to this Court's Order, please find the affidavit of Sergeant Manuel Chang attached hereto as Exhibit A.

The criminal prosecution of plaintiff stemming from his arrest on December 20, 2018 and the IAB investigation into the events that led to the suspension of plaintiff's handgun licenses are both still active. Accordingly, defendant City of New York respectfully requests that the stay of proceedings remain in effect pending resolution of both the criminal prosecution of plaintiff and the IAB investigation.

Respectfully submitted,

/s/

Darren Trotter
Assistant Corporation Counsel

cc: All Counsel (Via ECF)