# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLIAM NOLAN,

                           Plaintiff,

               -against-                               **AFFIDAVIT**

THE CITY OF NEW YORK, and                      19-cv-00187
JOSEPH REZNICK, individually, and
RAYMOND SPINELLA, individually, and
LAWRENCE BYRNE, individually, and
MICHAEL BARRETO, individually, and
ASIF IQBAL, individually,

                         Defendants.
------------------------------------------------------------X

        **MANUEL CHANG**, being duly sworn, deposes and says:

        1.     I have been employed by the New York City Police Department ("NYPD") since January 2005, and currently hold the rank of Sergeant.

        2.     Since June 2015, I have been assigned to the Internal Affairs Bureau ("IAB"), Computer Crimes. My duties include conducting investigations related to information technology, and providing technological support for IAB and other investigatory units.

        3.     I submit this affidavit at the request of the Law Department, and it is based upon my personal knowledge, as well as upon review of the records maintained by IAB.

        4.     I am the investigator assigned to IAB Log number 2018-19544, Case number OG-2018-9947, and am fully familiar with its contents.

        5.     The cited case pertains to plaintiff William Nolan, and this investigation is still open and active.

6. At this time, I cannot anticipate a completion date for this investigation.

_____
Manuel Chang

Sworn to and subscribed before me
on the 30 day of August, 2019

_____
Notary Public

DAVID G. GOLDFARB
Notary Public, State of New York
No. 02GO6124398
Qualified in New York County
Commission Expires 3/26/2021