## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | September 25, 2019 |
| **TIME:** | 2:30 P.M. |
| **DOCKET NUMBER(S):** | CV-19-187 (ILG) |
| **NAME OF CASE(S):** | **NOLAN V. CITY OF NEW YORK ET AL.** |
| **FOR PLAINTIFF(S):** | Duffy |
| **FOR DEFENDANT(S):** | Trotter |
| **NEXT CONFERENCE(S):** | See rulings below |
| **FTR/COURT REPORTER:** | 2:29 - 2:43 |

**RULINGS FROM STATUS CONFERENCE:**

The discovery stay remains in effect due to the ongoing parallel criminal case. However, the Court agrees to lift the stay for the purpose of Plaintiff filing third party subpoenas to preserve evidence as discussed at the conference. Parties will file a joint status report by November 25, 2019.