

<table>
<tr><td>**JAMES E. JOHNSON**<br>*Corporation Counsel*</td><td align="center">THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007</td><td>**DARREN TROTTER**<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-1662<br>Fax: (212) 356-1019<br>dtrotter@law.nyc.gov</td></tr>
</table>

November 25, 2019

**VIA ECF**
Honorable Steven L. Tiscione
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>William R. Nolan v. City of New York et al.</u>, 19-CV-00187 (ILG)(SLT)

Dear Judge Tiscione:

    I am an attorney in the office of James E. Johnson, Corporation Counsel of the City of New York, counsel for defendant City of New York, in the above-referenced action. I write pursuant to this Court's October 1, 2019 Order (Dkt. No. 25) requiring a joint status report on (1) the criminal prosecution of plaintiff and (2) the New York City Police Department Internal Affairs Bureau ("IAB") investigation into the events that led to the suspension of plaintiff's handgun licenses.

    The criminal prosecution of plaintiff stemming from his arrest on December 20, 2018 is ongoing. Plaintiff's counsel has informed the undersigned that the next scheduled appearance is December 13, 2019, that several evidentiary motions are currently pending before the Court, and that discovery is set to close by the end of the year. Plaintiff's counsel has also indicated that a trial is anticipated to take place in March of 2020. The IAB investigation into the events that led to suspension of plaintiff's handgun license is still active. As discussed at the conference on September 25, 2019, the individually named defendants are no longer the subjects of an active IAB investigation.

    Defendant City of New York respectfully requests that the stay of proceedings remain in effect pending resolution of plaintiff's criminal prosecution. Plaintiff opposes a continuation of the stay.

                                      Respectfully submitted,

                                            /s/

                                      Darren Trotter
                                      Assistant Corporation Counsel

cc:      All Counsel (Via ECF)