**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | August 12, 2020 |
| TIME: | 11:00 |
| DOCKET NUMBER(S): | CV-19-187 (RPK) |
| NAME OF CASE(S): | Nolan -v- City of New York, et al. |
| FOR PLAINTIFF(S): | Duffy |
| FOR DEFENDANT(S): | Trotter |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | AT&T (11:00 - 11:10) |

RULINGS FROM Telephone Conference:

Plaintiff's request to partially lift the discovery stay is granted for the sole purpose of issuing third-party subpoenas to the FOP and the NYDMV. Plaintiff's counsel represented that the parallel criminal court proceeding against Plaintiff may soon be dismissed. If that occurs, the parties shall immediately notify the Court and the stay on discovery will be lifted.