**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | April 19, 2021 |
| TIME: | 2:00 P.M. |
| DOCKET NUMBER(S): | CV-19-187 (RPK) |
| NAME OF CASE(S): | Nolan v City of New York, et al. |
| FOR PLAINTIFF(S): | Duffy |
| FOR DEFENDANT(S): | Trotter |
| NEXT CONFERENCE(S): | Telephone Conference - June 18, 2021 at 10:30 a.m. |
| FTR/COURT REPORTER: | N/A |

RULINGS FROM Telephone Conference:

Parties report that the parallel criminal case remains ongoing and the next court date is June 15, 2021. The Court will hold a telephone conference on June 18, 2021 at 10:30 a.m. If the criminal case remains ongoing with no end in sight, the Court will consider lifting the stay on discovery in this matter. The parties shall connect to the conference through dial-in number 888-557-8511 with access code 3152145.

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court, is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.