AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| William R. Nolan, ) | |
| *Plaintiff* ) | |
| v. ) | Case No.    19-cv-00187 (RPK) (ST) |
| The City of New York, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff                                                                                                          .

Date:     06/09/2021

/s/ Andrew C. Weiss
*Attorney's signature*

Andrew C. Weiss, Esq. (5560537)
*Printed name and bar number*

Borrelli & Associates, P.L.L.C.
910 Franklin Avenue, Suite 200
Garden City, New York 11530

*Address*

ACW@employmentlawyernewyork.com
*E-mail address*

(516) 248-5550
*Telephone number*

(516) 248-6027
*FAX number*