# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | June 18, 2021 |
| **TIME:** | 10:30 A.M. |
| **DOCKET NUMBER(S):** | CV-19-187 (RPK) |
| **NAME OF CASE(S):** | **NOLAN V CITY OF NEW YORK, ET AL.** |
| **FOR PLAINTIFF(S):** | Duffy, Weiss |
| **FOR DEFENDANT(S):** | Trotter |
| **NEXT CONFERENCE(S):** | **AUGUST 11, 2021 AT 10:30 A.M., BY PHONE** |
| **FTR/COURT REPORTER:** | N/A |

**RULINGS FROM TELEPHONE CONFERENCE:**

Parties report that the parallel criminal case is still ongoing and the next court date will be on August 3, 2021. At the parties' request, the Court will hold a further telephone conference on August 11, 2021 at 10:30 a.m. If the criminal case remains open but Plaintiff seeks to lift the stay in this matter, Plaintiff Nolan shall participate in the August 11 conference so that the Court can make sure Plaintiff is fully aware of the implications of moving forward in this civil action while he has criminal charges pending against him for the same sequence of events. The parties shall use the same dial-in instructions provided for today's conference.

**THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court, is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.**