**CIVIL MINUTE ENTRY**

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | August 11, 2021 |
| **TIME:** | 10:30 A.M. |
| **DOCKET NUMBER(S):** | CV-19-187 (RPK) |
| **NAME OF CASE(S):** | **NOLAN V. THE CITY OF NEW YORK ET AL** |
| **FOR PLAINTIFF(S):** | Weiss w/Nolan |
| **FOR DEFENDANT(S):** | Trotter |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | AT&T 10:30 - 10:55 |

**RULINGS FROM TELEPHONE CONFERENCE:**

Parties report that Plaintiff's criminal case is still ongoing and may not be scheduled for trial until next year. Court discussed with Mr. Nolan and counsel the fifth amendment problems that would arise if the stay is lifted in this case. Plaintiff agreed that most of the non-paper discovery would have to be put off but requested that limited paper discovery be started now. Given the problems that piecemeal discovery would create, particularly since corporation counsel may not be able to determine their representation of the individual defendants until after the criminal proceeding is resolved, the Court declines to lift the stay at this time. Parties shall file a status letter with updated information on the progress of the criminal case by September 30, 2021.