# BORRELLI & ASSOCIATES
## P.L.L.C.
www.employmentlawyernewyork.com

| 655 Third Avenue | 910 Franklin Avenue |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

November 5, 2021

<u>Via ECF</u>
The Honorable Steven Tiscione
United States Magistrate Judge for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: <u>Nolan, v. City of New York, et al.</u>, Case No. 19-cv-00187-RPK-ST

Dear Judge Tiscione:

  As Your Honor is aware, this office represents Plaintiff William R. Nolan in the above-referenced action brought against Defendants, the City of New York and various individuals, for alleged violations of Plaintiff's First, Second, and Fourth Amendment rights under the Constitution of the United States, via-a-vis the Fourteenth Amendment and 42 U.S.C. § 1983. Pursuant to the Court's Minute Order dated September 30, 2021, I write now - - with the City's consent - - to update the Court on the status of the related criminal court proceedings.

  Since the parties' last status report dated September 29, 2021 (ECF 42), Plaintiff's criminal prosecution for alleged misdemeanors stemming from his arrests on December 20, 2018, and January 14, 2020, remains ongoing. Plaintiff continues to await the criminal court's decision on his omnibus motion for, *inter alia*, the dismissal of Plaintiff's indictment, as well as his motion to controvert a search warrant issued in relation to his case. Unfortunately, the criminal court administratively adjourned Plaintiff's October 28, 2021 appearance, on which Plaintiff expected to receive a decision on his motions, until December 8, 2021. At that date, Plaintiff expects that his criminal defense attorney will address with the court the continued harassment to which Plaintiff has been subjected, which most recently, over the last few months, has included Jose Rodriguez repeatedly driving past Plaintiff's home and waving at him, and Jose Rodriguez continuing to mock Plaintiff for his firearms license being suspended by signing him up to receive various junk mailings under the name "William Guns Nolan."

We thank the Court for its attention to this matter.

Respectfully submitted,

_/s/ Andrew C. Weiss_

Andrew C. Weiss, Esq.
*For the Firm*

To: All counsel of record (*via ECF*)