# BORRELLI & ASSOCIATES
## P.L.L.C.
www.employmentlawyernewyork.com

| | |
|---|---|
| 655 Third Avenue | 910 Franklin Avenue |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

February 11, 2022

*Via ECF*
The Honorable Steven Tiscione
United States Magistrate Judge for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Nolan v. City of New York, et al.*, Case No. 19-cv-00187-RPK-ST

Dear Judge Tiscione:

    As Your Honor is aware, this office represents Plaintiff William R. Nolan in the above-referenced action brought against Defendants, the City of New York and various individuals, for alleged violations of Plaintiff's First, Second, and Fourth Amendment rights under the Constitution of the United States, via-a-vis the Fourteenth Amendment and 42 U.S.C. § 1983. Pursuant to the Court's Status Report Order dated December 19, 2021, we write now - - with the City's consent - - to update the Court on the status of the related criminal court proceedings.

    Since the parties' last status report dated December 17, 2021 (ECF 44), Plaintiff's criminal prosecution for alleged misdemeanors stemming from his arrests on December 20, 2018, and January 14, 2020, remains ongoing. Plaintiff continues to await the criminal court's decision on his omnibus motion for, *inter alia*, the dismissal of Plaintiff's indictment, as well as his motion to controvert a search warrant issued in relation to his case. The criminal court, initially, administratively adjourned Plaintiff's February 4, 2022 appearance, to February 10, 2022, on which date the criminal court stated that it would render a decision on Plaintiff's motions. Unfortunately, the criminal court did not render a decision that day, which it stated was due to, in large part, a reorganization of the Supreme Court Criminal Term in Richmond County, and instead adjourned the matter for decision to February 18, 2022.

We thank the Court for its attention to this matter.

Respectfully submitted,

Andrew C. Weiss, Esq.
*For the Firm*

To: All counsel of record (*via ECF*)