# BORRELLI & ASSOCIATES
## P.L.L.C.
www.employmentlawyernewyork.com

| | |
|---|---|
| 655 Third Avenue | 910 Franklin Avenue |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

February 28, 2022

<u>Via ECF</u>
The Honorable Steven Tiscione
United States Magistrate Judge for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>Nolan v. City of New York, et al.</u>, Case No. 19-cv-00187-RPK-ST

Dear Judge Tiscione:

      As Your Honor is aware, this office represents Plaintiff William R. Nolan in the above-referenced action brought against Defendants, the City of New York and various individuals, for alleged violations of Plaintiff's First, Second, and Fourth Amendment rights under the Constitution of the United States, via-a-vis the Fourteenth Amendment and 42 U.S.C. § 1983. Pursuant to the Court's Status Report Order dated February 11, 2022, we write now - - with the City's consent - - to update the Court on the status of the related criminal court proceedings.

      Since the parties' last status report dated February 11, 2022 (ECF 45), on February 18, 2022, the criminal court rendered decisions granting Plaintiff's motion to controvert a search warrant issued in relation to his case, and, *inter alia*, denying Plaintiff's request for the dismissal of the remaining charges in his omnibus motion, but granting Plaintiff's request for *Huntley* hearing, which it scheduled for March 10, 2022. At the *Huntley* hearing, Plaintiff anticipates that the criminal court will render a decision on whether Plaintiff's statements made during the execution of the now controverted search warrant were lawfully obtained.

We thank the Court for its attention to this matter.

>Respectfully submitted,
>
>_____
>Andrew C. Weiss, Esq.
>*For the Firm*

To: All counsel of record (*via ECF*)