# BORRELLI & ASSOCIATES
## P.L.L.C.
www.employmentlawyernewyork.com

| | |
|---|---|
| 655 Third Avenue | 910 Franklin Avenue |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

March 31, 2022

<u>Via ECF</u>
The Honorable Steven Tiscione
United States Magistrate Judge for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: <u>Nolan v. City of New York, et al.</u>, Case No. 19-cv-00187-RPK-ST

Dear Judge Tiscione:

  As Your Honor is aware, this office represents Plaintiff William R. Nolan in the above-referenced action brought against Defendants, the City of New York and various individuals, for alleged violations of Plaintiff's First, Second, and Fourth Amendment rights under the Constitution of the United States, via-a-vis the Fourteenth Amendment and 42 U.S.C. § 1983. Pursuant to the Court's Status Report Order dated February 28, 2022, we write now - - with the City's consent - - to update the Court on the status of the related criminal court proceedings.

  Since the parties' last status report dated February 28, 2022 (ECF 46), on March 10, 2022, the criminal court adjourned the *Huntley* hearing in Mr. Nolan's case to April 11, 2022, due to the District Attorney's Office answering "not ready" for the proceedings because, they claim, they are continuing to assess the potential dismissal of the remaining misdemeanor charges against Mr. Nolan in light of the criminal court's prior decision granting his motion to controvert the search warrant executed in relation to his case. At the *Huntley* hearing, Mr. Nolan anticipates that the criminal court will render a decision on whether his statements made during the execution of the now controverted search warrant were lawfully obtained.

We thank the Court for its attention to this matter.

Respectfully submitted,

_____
Andrew C. Weiss, Esq.
*For the Firm*

To: All counsel of record (*via ECF*)