# BORRELLI & ASSOCIATES
## P.L.L.C.
www.employmentlawyernewyork.com

| | |
|---|---|
| 655 Third Avenue | 910 Franklin Avenue |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

April 15, 2022

*Via ECF*
The Honorable Steven Tiscione
United States Magistrate Judge for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Nolan v. City of New York, et al.*, Case No. 19-cv-00187-RPK-ST

Dear Judge Tiscione:

      As Your Honor is aware, this office represents Plaintiff William R. Nolan in the above-referenced action brought against Defendants, the City of New York and various individuals, for alleged violations of Plaintiff's First, Second, and Fourth Amendment rights under the Constitution of the United States, via-a-vis the Fourteenth Amendment and 42 U.S.C. § 1983. Pursuant to the Court's Status Report Order of March 31, 2022, we write now - - with the City's consent - - to update the Court on the status of the related criminal court proceedings.

      Since the parties' last status report dated March 31, 2022 (ECF 47), on April 11, 2022, the criminal court adjourned the *Huntley* hearing in Mr. Nolan's case to April 18, 2022, at the District Attorney's Office's request, because they claim they are continuing to assess the potential dismissal of the remaining misdemeanor charges against Mr. Nolan in light of the criminal court's prior decision granting his motion to controvert the search warrant executed in relation to his case.

We thank the Court for its attention to this matter.

                                                    Respectfully submitted,

                                                    Andrew C. Weiss, Esq.
                                                        *For the Firm*

To:    All counsel of record (*via ECF*)