# BORRELLI & ASSOCIATES
### P.L.L.C.

www.employmentlawyernewyork.com

| | |
|---|---|
| 655 Third Avenue | 910 Franklin Avenue |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

May 4, 2022

*Via ECF*
The Honorable Steven Tiscione
United States Magistrate Judge for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Nolan v. City of New York, et al.*, Case No. 19-cv-00187-RPK-ST

Dear Judge Tiscione:

      As Your Honor is aware, this office represents Plaintiff William R. Nolan in the above-referenced action brought against Defendants, the City of New York and various individuals, for alleged violations of Plaintiff's First, Second, and Fourth Amendment rights under the Constitution of the United States, via-a-vis the Fourteenth Amendment and 42 U.S.C. § 1983. Pursuant to the Court's Status Report Order of April 27, 2022, we write now - - with the City's consent - - to update the Court on the status of the related criminal court proceedings.

      Since the parties' last status report dated April 15, 2022 (ECF 48), on April 18, 2022, the criminal court adjourned the *Huntley* hearing in Mr. Nolan's case to October 3, 2022, after the District Attorney's Office stated that it was not ready to proceed, and then represented to the criminal court that it had internally recommended the dismissal of all remaining charges against Mr. Nolan, but is currently awaiting final approval from the bureau supervisor. Thus, Mr. Nolan anticipates a complete dismissal of his criminal case in the near future. After that occurs, Mr. Nolan anticipates seeking leave, or hopefully Defendants' consent, to file an amended complaint containing additional claims that will have only accrued once his criminal charges are dismissed.

We thank the Court for its attention to this matter.

Respectfully submitted,

Andrew C. Weiss, Esq.
*For the Firm*

To:     All counsel of record (*via ECF*)