UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
WILLIAM R. NOLAN,

                Plaintiff,

  -against-

THE CITY OF NEW YORK, and JOSEPH REZNICK, individually, and RAYMOND SPINELLA, individually, and LAWRENCE BYRNE, individually, and MICHAEL BARRETO, individually, and ASIF IQBAL, individually,

                Defendants.

19-CV-00187 (RPK) (ST)

----------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that Jacqueline Hui, Assistant Corporation Counsel, in the Office of HON. SYLVIA HINDS-RADIX, Corporation Counsel of the City of New York, hereby appears as attorney of record in the above entitled action on behalf of Defendant City of New York.

Dated: New York, New York
       October 6, 2022

                                                HON. SYLVIA HINDS-RADIX
                                                Corporation Counsel of the City of New York
                                                Attorney for City of New York
                                                100 Church Street
                                                New York, New York 10007
                                                Tel: (212) 356-2209
                                                E-mail: jahui@law.nyc.gov

                                                By: _____
                                                     Jacqueline Hui
                                                     Assistant Corporation Counsel