# BORRELLI & ASSOCIATES
## P.L.L.C.
www.employmentlawyernewyork.com

| | |
|---|---|
| 655 Third Avenue | 910 Franklin Avenue |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

October 7, 2022

*Via ECF*
The Honorable Steven Tiscione
United States Magistrate Judge for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Nolan v. City of New York, et al.*, Case No. 19-cv-00187-RPK-ST

Dear Judge Tiscione:

  As Your Honor is aware, this office represents Plaintiff William R. Nolan in the above-referenced action brought against Defendants, the City of New York and various individuals, for alleged violations of Plaintiff's First, Second, and Fourth Amendment rights. Pursuant to the Court's Status Report Order of May 9, 2022, we write now - - with the City's consent - - to update the Court on the status of the related criminal court proceedings.

  Since the parties' last status report dated May 4, 2022 (ECF 49), on July 12, 2022, the criminal court dismissed all remaining charges against Mr. Nolan. Plaintiff requests that the Court set a status conference to discuss the lifting of the stay of this case, as well as Plaintiff's intent to seek leave to file an amended complaint containing additional claims that will have now accrued due to the dismissal of his criminal charges.

  We thank the Court for its attention to this matter.

            Respectfully submitted,

            Andrew C. Weiss, Esq.
              *For the Firm*

To: All counsel of record (*via* ECF)