# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | October 26, 2022 |
| TIME: | 12:30 P.M. |
| DOCKET NUMBER(S): | CV-19-187 (RPK) |
| NAME OF CASE(S): | Nolan v. The City of New York et al. |
| FOR PLAINTIFF(S): | Weiss |
| FOR DEFENDANT(S): | Hui |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | N/A |

RULINGS FROM Telephone Conference:

Parties report that the pending criminal charges against Plaintiff have been dismissed and the stay of discovery is therefore lifted. Plaintiff shall file an amended complaint by November 30, 2022. Once the defendants answer the amended complaint the Court will schedule a conference to set a discovery schedule.