# BORRELLI & ASSOCIATES
## P.L.L.C.

www.employmentlawyernewyork.com

| 655 Third Avenue | 910 Franklin Avenue |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

January 26, 2023

*Via ECF*
The Honorable Steven Tiscione
United States Magistrate Judge for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Nolan v. City of New York et al.*, Case No. 19-cv-00187-RPK-ST

Dear Judge Tiscione:

    This office represents Plaintiff William R. Nolan in the above-referenced action brought against Defendants, the City of New York ("the City"), and various individuals, for alleged violations of Plaintiff's First, Second, and Fourth Amendment rights. We write now, with the City's consent, to respectfully request an adjournment of Plaintiff's time to file his Amended Complaint from the current deadline of January 29, 2023, as ordered by the Court on December 28, 2022, to March 27, 2023. This is Plaintiff's third and hopefully final request for an adjournment of this deadline. This adjournment is requested due to Plaintiff's 50-h hearing taking place tomorrow, as we will need to receive and review the transcript with our client and potentially incorporate any relevant testimony into the pleading.

    We thank the Court for its attention to this matter.

                                                  Andrew C. Weiss, Esq.
                                                  *For the Firm*

To:    All counsel of record (*via ECF*)