UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

WILLIAM R. NOLAN,

                              Plaintiff,

        -against-

THE CITY OF NEW YORK, and JOSEPH REZNICK, individually, and RAYMOND SPINELLA, individually, and LAWRENCE BYRNE, individually, and MICHAEL BARRETO, individually, and ASIF IQBAL, individually,

                              Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

19 CV 00187 (RPK)(ST)

        **PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel Nicholas R. Ciappetta, appears as counsel for Defendant City of New York, and requests to receive notice of all docket events via the Electronic Case Filing system.

        I certify that I am admitted to practice before this Court.

Dated:      New York, New York
              March 3, 2023

                                        Respectfully Submitted,
                                        HON. SYLVIA O. HINDS-RADIX
                                        Corporation Counsel of the City of New York

                                        Attorney for Defendant City of New York
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 356-4036
                                        nciappet@law.nyc.gov

                   By:          /s/ Nicholas Ciappetta
                                        NICHOLAS R. CIAPPETTA
                                        Assistant Corporation Counsel