# BORRELLI & ASSOCIATES
## P.L.L.C.

www.employmentlawyernewyork.com

| 655 Third Avenue | 910 Franklin Avenue |
| --- | --- |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

March 23, 2023

*Via ECF*
The Honorable Steven Tiscione
United States Magistrate Judge for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *Nolan v. City of New York et al.*, Case No. 19-cv-00187-RPK-ST

Dear Judge Tiscione:

  This office represents Plaintiff William R. Nolan in the above-referenced action brought against Defendants, the City of New York ("the City"), and various individuals, for alleged violations of Plaintiff's First, Second, and Fourth Amendment rights. We write now, with the City's consent, to respectfully request an adjournment of Plaintiff's time to file his Amended Complaint from the current deadline of March 27, 2023 to April 27, 2023. This is Plaintiff's fourth and hopefully final request for an adjournment of this deadline. This adjournment is requested due to the undersigned being lead trial counsel in a jury trial before the Honorable Judge James M. Wicks in the matter of *Gedeon v. Valuecare, Inc.*, Case No. 19-cv-06954. That trial begins Monday March 27, 2023. Preparation for that trial has unexpectedly prohibited the undersigned from completing a final Amended Complaint for filing.

  We thank the Court for its attention to this matter.

                         Andrew C. Weiss, Esq.
                         *For the Firm*

To: All counsel of record (*via ECF*)