# BORRELLI & ASSOCIATES
## P.L.L.C.
www.employmentlawyernewyork.com

| | |
|---|---|
| 655 Third Avenue | 910 Franklin Avenue |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

April 4, 2023

*Via ECF*
The Honorable Steven Tiscione
United States Magistrate Judge for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>*Nolan v. City of New York et al.*, Case No. 19-cv-00187-ILG-ST</u>

Dear Judge Tiscione:

    We represent Plaintiff William R. Nolan, in the above referenced matter. We submit this correspondence to advise the Court that Caitlin Duffy, Esq. (CD8160), and Thomas R. Price, Esq. (TP5125), are no longer employed with our Firm. We respectfully request that the Court remove them from the docket.

    We thank the Court for its attention to this matter.

    Respectfully submitted,

    Michael J. Borrelli, Esq. (MB 8533)
    *For the Firm*

C: All Counsel *via* ECF