UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

WILLIAM R. NOLAN,,

                                                  Plaintiffs,

        -against-                               **NOTICE OF APPEARANCE**

THE CITY OF NEW YORK, and JOSEPH REZNICK, and
RAYMOND SPINELLA, and LAWRENCE BYRNE, and     19-cv-00187 (RPK) (ST)
MICHAEL BARRETO, and ASIF IQBAL, and POLICE
DETECTIVE JAMES BUTLER, and POLICE OFFICER
BRYAN BURGESS, and POLICE OFFICER JOHN DOE,
all in their individual and official capacities, and JOSE
RODRIGUEZ, individually,

                                                 Defendants.
-------------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:        New York, New York
                May 17, 2023

                                          HON. SYLVIA O. HINDS-RADIX
                                          Corporation Counsel
                                          of the City of New York
                                          *Attorney for defendant City of New York*
                                          100 Church Street, 3-146
                                          New York, New York 10007
                                          sstavrid@law.nyc.gov
                                          (212) 356-2687

                            By:      s/ *Steve Stavridis*
                                          Steve Stavridis
                                          Senior Counsel

To:     All counsel of record (By ECF)