14.1

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
ATTORNEY(S) BORRELLI & ASSOCIATES
910 FRANKLIN AVENUE STE 200 GARDEN CITY, NY 11530 | PH: 516-248-5550

Index Number: 19-CV-00187-RPK-ST
Date Filed: 05/01/2023

WILLIAM R NOLAN

Plaintiff

vs

THE CITY OF NEW YORK ET AL

Defendant

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**AFFIDAVIT OF SERVICE**

Joseph P.F. Donovan, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **5/22/2023**, at **4:51 PM** at **3 FERNDALE AVENUE, STATEN ISLAND, NY 10314**, Deponent served the within **SUMMONS AND AMENDED COMPLAINT**, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **JOSE RODRIGUEZ** Defendant therein named, ( hereinafter referred to as "subject").

By delivering thereat a true copy of each to **Justin Rodriguez a person of suitable age and discretion.**

Said premises is subject's **dwelling house (usual place of abode)** within the state. A description of **Justin Rodriguez** is as follows:

Sex: Male    Color of skin: Brown    Color of hair: Black    Age: 25
Height: 5ft9in-6ft0in    Weight: 131-160 Lbs.    Other: beard and mustache

On **May 23, 2023**, service was completed by mailing a true copy of the above stated document(s) to the Defendant at the above stated address, in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or of the State of NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of NEW YORK State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on May 23, 2023

*[signature]*
Tara Donovan
Notary Public - State of New York
No 01DO6210234
Qualified in Richmond County
My Commission Expires 08-10-2025

Client's File No.:

Process Server, Please Sign
Joseph P.F. Donovan
Lic# 1292936
Job #: 2328414

INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771