UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WILLIAM R. NOLAN,

                                 Plaintiff,          **Docket No: 19-cv-00187-RPK-ST**

             -against-                            **STIPULATION TO FILE SECOND**
                                                                          **AMENDED COMPLAINT**

THE CITY OF NEW YORK, and
JOSEPH REZNICK, and
RAYMOND SPINELLA, and
LAWRENCE BYRNE, and
MICHAEL BARRETO, and
ASIF IQBAL, and POLICE DETECTIVE JAMES
BUTLER, and POLICE OFFICER BRYAN
BURGESS, and POLICE OFFICER JOHN DOE, all
in their individual and official capacities, and JOSE
RODRIGUEZ, individually,

                                Defendants.
-----------------------------------------------------------------X

**IT IS HEREBY STIPULATED, CONSENTED, AND AGREED,** by and between the undersigned attorneys of record for all parties who have appeared in the above-entitled action, that:

1. Pursuant to Federal Rule of Civil Procedure 15(a)(2), the appearing parties consent to the filing of Plaintiff's Second Amended Complaint, attached hereto as **Exhibit A.** Plaintiff shall file the Second Amended Complaint by no later than June 9, 2023.

2. Plaintiff dismisses the action against Defendant Lawrence Byrne without prejudice, and this case's caption, as reflected in the Second Amended Complaint, shall be updated accordingly to reflect the removal of Defendant Lawrence Byrne.

3. Plaintiff shall serve the individually named defendants with a copy of the Second Amended Complaint by no later than June 23, 2023.

4. Defendant The City of New York agrees to accept service of Plaintiff's Second Amended Complaint by ECF through its filing on PACER.

5. Plaintiff agrees to extend the time for Defendant The City of New York to answer Plaintiff's Second Amended Complaint to July 31, 2023.

6. The execution of this stipulation in counterparts shell be deemed to be a true copy hereof.

Dated: June 7, 2023

Dated: June 7, 2023

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the City of New York
Attorney for Defendant City of New York
100 Church Street
New York, New York 10007
(212) 356-4036

_____
Andrew C. Weiss, Esq.
Borrelli & Associates, P.L.L.C
*Attorneys for Plaintiff*
910 Franklin Avenue, Suite 200
Garden City, New York 11530
(516) 248-55550
acw@employmentlawyernewyork.com

_____
Nicholas Ciappetta, Esq.
Assistant Corporation Counsel