TO JUDGE RACHEL P. KOVER

#1:19-CV-00187-RPK-ST
JOSE M RODRIGUEZ

HELLO YOUR HONOR MY NAME IS JOSE RODRIGUEZ AND ONE VICTIMS OF WILLIAM NOLAN. MY SON WAS SERVED THE PAPERWORK TO THIS CIVIL MATTER AND BY THE IT WAS SERVE I WAS IN AND OUT OF FLORIDA. PLEACE GIVE ME AN EXTENTION ON THIS MATTER AND WILL MAKE SURE TO HANDLE THIS MATTER.

THANY YOU


**RECEIVED**
JUN 16 2023
**PRO SE OFFICE**