## CERTIFICATE OF SERVICE

    I, Andrew C. Weiss, Esq., hereby certify that on this date, June 21, 2023, I caused a true and correct copy of the foregoing *Magistrate Judge Steven Tiscione's Order granting [Document No.: 67] Motion for Extension of Time to Answer filed via CM/ECF system on June 21, 2023*, to be served on the following *via* First-Class mail:

Jose Rodriguez
*Pro se Defendant*
3 Ferndale Avenue
Staten Island, New York 10314

                                      ANDREW C. WEISS, ESQ.



US POSTAGE PITNEY BOWES
ZIP 11530
02 7H
0006068058
$ 000.60°
JUN 21 2023
FIRST-CLASS

Borrelli and Associates, P.L.L.C
910 Franklin Avenue, Suite 200
Garden City, New York 11530

Jose Rodriguez
3 Ferndale Avenue
Staten Island, New York 10314