14.1

UNITED STATES DISTICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

Index Number: 1:19-cv-00187-RPK-ST
Date Filed: 05/01/2023

ATTORNEY(S) BORRELLI & ASSOCIATES
910 FRANKLIN AVENUE STE 200 GARDEN CITY, NY 11530 |   PH: 516-248-5550

**WILLIAM R. NOLAN**

Plaintiff

vs

**THE CITY OF NEW YORK, et al**

Defendant

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:                    **AFFIDAVIT OF SERVICE**

Raed Ibrahim                      , being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **6/16/2023**, at **11:53 AM** at **ONE POLICE PLAZA, ROOM 1406, NEW YORK, NY 10038**, Deponent served the within **Summons in a Civil Action and Second Amended Complaint**, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **JOSEPH REZNICK**, Defendant therein named, ( hereinafter referred to as "subject").

By delivering thereat a true copy of each to **Georgia Bono (Co-Worker), a person of suitable age and discretion.**

Said premises is subject's **actual place of business / employment** within the state. A description of **Georgia Bono** is as follows:

**Sex:** Male      **Color of skin:** White    **Color of hair:** Black    **Age:** 36-50
**Height:** 5ft4in-5ft8in     **Weight:** 131-160 Lbs.   **Other** :

On **June 20, 2023**, service was completed by mailing a true copy of the above stated document(s) to the Defendant at the above stated address, in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the  United States or of the State of  NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of  NEW YORK State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on June 20, 2023

Denise Bedell
Notary Public - State of New York
No. 01BE6091831; Qualified in Nassau County
My Commission Expires May 5, 2027

**Client's File No.:** NOLAN

Process Server, Please Sign
Raed Ibrahim
Lic# 1326602
Job #: 2333187

*INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771*