UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
WILLIAM R. NOLAN,

                              Plaintiff,                   **Docket No: 19-cv-00187-RPK-ST**

                -against-                       **SO-ORDERED STIPULATION**

THE CITY OF NEW YORK, and
JOSEPH REZNICK, and
RAYMOND SPINELLA, and
MICHAEL BARRETO, and
ASIF IQBAL, and POLICE DETECTIVE JAMES
BUTLER, and POLICE OFFICER BRYAN
BURGESS, and POLICE OFFICER JOHN DOE, all
in their individual and official capacities, and JOSE
RODRIGUEZ, individually,

                              Defendants.
----------------------------------------------------------------X

       **IT IS HERERBY STIPULATED, CONSENTED, AND AGREED,** by and between the undersigned attorneys of record for all parties who have appeared in the above-entitled action, and **SO-ORDERED by the Court**, that:

1. Plaintiff's time to serve the individually named defendants with a copy of the Second Amended Complaint is extended from June 23, 2023, to July 24, 2023.

2. Plaintiff agrees to extend the time for Defendant The City of New York to answer Plaintiff's Second Amended Complaint from July 31, 2023, to August 30, 2023.

3. Plaintiff agrees to extend the time for Defendants Burgess, Iqbal, Barreto, and Reznick to answer Plaintiff's Second Amended Complaint, from their respective deadlines to August 30, 2023.

4. The execution of this stipulation in counterparts shell be deemed to be a true copy hereof.

Dated: June 23, 2023

_____
Andrew C. Weiss, Esq.
Borrelli & Associates, P.L.L.C
*Attorneys for Plaintiff*
910 Franklin Avenue, Suite 200
Garden City, New York 11530
(516) 248-55550
acw@employmentlawyernewyork.com

Dated: June 23, 2023

_____
Nicholas Ciappetta, Esq.
Corporation Counsel of the City of New York
*Attorney for Defendant City of New York*
100 Church Street
New York, New York 10007
(212) 356-4036
nciappet@law.nyc.gov

SO ORDERED:


_____
The Honorable Steven L. Tiscione
United States Magistrate Judge