UNITED STATES DISTICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

ATTORNEY(S) BORRELLI & ASSOCIATES
910 FRANKLIN AVENUE STE 200 GARDEN CITY, NY 11530 | PH: 516-248-5550

14.1
Index Number: 1:19-cv-00187-RPK-ST
Date Filed: 05/01/2023

WILLIAM R. NOLAN

Plaintiff

vs

THE CITY OF NEW YORK, et al

Defendant

STATE OF NEW YORK, COUNTY OF RICHMOND, SS.:

**AFFIDAVIT OF SERVICE**

Joseph P.F. Donovan, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **6/23/2023**, at **6:47 PM** at **24 ELVIRA COURT, STATEN ISLAND, NY 10306**, Deponent served the within **Summons in a Civil Action and Second Amended Complaint**, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **RAYMOND SPINELLA**, Defendant therein named, ( hereinafter referred to as "subject").

By delivering a true copy of each to said subject **personally**; Deponent knew the person so served to be the person described in as said subject therein. A description of is as follows:

Sex: Male   Color of skin: White   Color of hair: Gray   Age: 60
Height: 5ft9in-6ft0in   Weight: 161-200 Lbs.   Other: mustache

I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or of the State of NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of NEW YORK State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on June 26, 2023

Tara Donovan
Notary Public - State of New York
No. 01D06210234
Qualified in Richmond County
My Commission Expires 08-10-2025

Client's File No.: NOLAN

Process Server, Please Sign
Joseph P.F. Donovan
Lic# 1292936
Job #: 2334781

INTER COUNTY JUDICIAL SERVICES, LLC. 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771