UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WILLIAM R. NOLAN,

                                   Plaintiff,        **Docket No: 19-cv-00187-RPK-ST**

          -against-                             **STIPULATION TO EXTEND TIME**
                                                                        **TO RESPOND TO SECOND**
THE CITY OF NEW YORK, and                     **AMENDED COMPLAINT**
JOSEPH REZNICK, and                                 **(RAYMOND SPINELLA)**
RAYMOND SPINELLA, and
LAWRENCE BYRNE, and
MICHAEL BARRETO, and
ASIF IQBAL, and POLICE DETECTIVE JAMES
BUTLER, and POLICE OFFICER BRYAN
BURGESS, and POLICE OFFICER JOHN DOE, all
in their individual and official capacities, and JOSE
RODRIGUEZ, individually,

                                   Defendants.
------------------------------------------------------------------X

**WHEREAS**, Plaintiff filed a Second Amended Complaint on or about June 7, 2023; and

**WHEREAS,** the time for Defendant The City of New York to respond to the Second Amended Complaint was extended to August 30, 2023 via So-Ordered Stipulation dated June 23, 2023 (Docket Entry No. 73); and

**WHEREAS,** the June 23, 2023 So-Ordered Stipulation similarly extended the time for Defendants Burgess, Iqbal, Barreto, and Reznick to respond to the Second Amended Complaint to August 30, 2023; and

**WHEREAS,** the parties agree that it is preferable to align the deadlines for Defendants to respond to the Second Amended Complaint; and

**IT IS HEREBY STIPULATED, CONSENTED, AND AGREED,** by and between the undersigned attorneys of record for all parties who have appeared in the above-entitled action, that:

1. Plaintiff agrees to extend the time for Defendant Spinella to answer Plaintiff's Second Amended Complaint to August 30, 2023.

2. The execution of this stipulation in counterparts shell be deemed to be a true copy hereof.

Dated: July 17, 2023

Dated: July 17, 2023

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the City of New York
Attorney for Defendant City of New York
100 Church Street
New York, New York 10007
(212) 356-4036

/s/ Andrew C. Weiss (with permission)
Andrew C. Weiss, Esq.
Borrelli & Associates, P.L.L.C
*Attorneys for Plaintiff*
910 Franklin Avenue, Suite 200
Garden City, New York 11530
(516) 248-55550
acw@employmentlawyernewyork.com

Nicholas Ciappetta, Esq.
Assistant Corporation Counsel