14.1

UNITED STATES DISTICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

Index Number: 1:19-cv-00187-RPK-ST
Date Filed: 05/01/2023

ATTORNEY(S) BORRELLI & ASSOCIATES
910 FRANKLIN AVENUE STE 200 GARDEN CITY, NY 11530 | PH: 516-248-5550

WILLIAM R. NOLAN

Plaintiff

vs

THE CITY OF NEW YORK, et al

Defendant

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

**AFFIDAVIT OF SERVICE**

CHRISTOPHER J. KLEIN, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on 7/14/2023, at 2:47 PM at ONE POLICE PLAZA, NEW YORK, NY 10038, Deponent served the within Summons in a Civil Action and Second Amended Complaint, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: POLICE OFFICER JAMES BUTLER, Defendant therein named, ( hereinafter referred to as "subject").

By delivering thereat a true copy of each to Georgia Bono (Co-Worker), **a person of suitable age and discretion.**

Said premises is subject's **actual place of business / employment** within the state. A description of Georgia Bono is as follows:

Sex: Female   Color of skin: White   Color of hair: Auburn   Age: 40
Height: 5ft4in-5ft8in   Weight: 131-160 Lbs.   Other : Glasses

On **July 14, 2023**, service was completed by mailing a true copy of the above stated document(s) to the Defendant at the above stated address, in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or of the State of NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of NEW YORK State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on July 17, 2023

Joseph Knight
Notary Public - State of New York
No. 01KN617824
Qualified in New York County
My Commission Expires 11/26/23

Client's File No.: NOLAN

Process Server, Please Sign
CHRISTOPHER J. KLEIN
Lic# 1188546
Job #: 2339354

INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771