UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
WILLIAM R. NOLAN,

                                                Plaintiff,

      -against-

THE CITY OF NEW YORK, and JOSEPH REZNICK, and RAYMOND SPINELLA, and MICHAEL BARRETO, and ASIF IQBAL, and POLICE DETECTIVE JAMES BUTLER, and POLICE OFFICER BRYAN BURGESS, and POLICE OFFICER JOHN DOE, all in their individual and official capacities, and JOSE RODRIGUEZ, individually,

                                               Defendants.

------------------------------------------------------------------- x

19-CV-00187 (RPK)(ST)

**PLEASE TAKE NOTICE** that Nicholas R. Ciappetta, Assistant Corporation Counsel, in the Office of HON. SYLVIA HINDS-RADIX, Corporation Counsel of the City of New York, hereby appears as attorney of record in the above entitled action on behalf of Defendants JOSEPH REZNICK, RAYMOND SPINELLA, MICHAEL BARRETO, ASIF IQBAL, JAMES BUTLER, and BRYAN BURGESS, all sued in their individual and official capacities, and requests to receive notice of all docket events via the Electronic Case Filing system.

      I certify that I am admitted to practice before this Court.

Dated: New York, New York
       August 22, 2023

                                    HON. SYLVIA HINDS-RADIX
                                    Corporation Counsel of the City of New York
                                    Attorney for City of New York, Joseph Reznick, Raymond Spinella, Michael Barreto, Asif Iqbal, James Butler, and Bryan Burgess
                                    100 Church Street
                                    New York, New York 10007

Tel: (212) 356-4036
E-mail: nciappet@law.nyc.gov

By: _____
Nicholas R. Ciappetta
Assistant Corporation Counsel

2