# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | September 28, 2023 |
| TIME: | 10:00 A.M. |
| DOCKET NUMBER(S): | CV-19-187 (RPK) |
| NAME OF CASE(S): | Nolan v. The City of New York et al. |
| FOR PLAINTIFF(S): | Weiss |
| FOR DEFENDANT(S): | Ciappetta |
| NEXT CONFERENCE(S): | Settlement Conference - March 15, 2023 at 11:00 a.m. |
| FTR/COURT REPORTER: | Not Recorded |

RULINGS FROM Initial Conference:

The Court sets the following discovery deadlines:

Deadline for completion of Rule 26(a) initial disclosures - 10/12/23;

First requests for production of documents and interrogatories due by - 10/31/23;

Deadline for motions to join new parties or amend pleadings - 2/29/24;

All fact discovery to be completed by 6/28/24;

Exchange of expert reports - 7/26/24;

Expert depositions completed by - 8/26/24;

All discovery completed by - 8/26/24;

Final date to take first step in dispositive motion practice - 9/30/24.

An in-person settlement conference will be held on March 15, 2023 at 11:00 a.m. in Courtroom 910 of the Central Islip Courthouse. Parties are to submit their respective settlement positions via ex parte electronic filing no later than March 12, 2023. A motion to file ex parte is not required. Counsel are to refer to the Settlement Section of this Court's Individual Rules to further prepare for the conference.