UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

WILLIAM R. NOLAN,

                              Plaintiff,

       -against-

THE CITY OF NEW YORK, and
JOSEPH REZNICK, and
RAYMOND SPINELLA, and
MICHAEL BARRETO, and
ASIF IQBAL, and POLICE DETECTIVE JAMES
BUTLER, and POLICE OFFICER BRYAN BURGESS,
and POLICE OFFICER JOHN DOE, all in their
individual and official capacities, and JOSE
RODRIGUEZ, individually,

                              Defendants.

------------------------------------------------------------------------X

Index. No.: 19-cv-00187-RPK-ST

**REQUEST FOR CERTIFICATE OF DEFAULT**

TO:    BRENNA B. MAHONEY
        UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF NEW YORK

      Plaintiff, WILLIAM R. NOLAN, respectfully requests that the Clerk of Court enter the default of Defendant JOSE RODRIGUEZ, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Rule 55.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Andrew C. Weiss, Esq.

2

Dated: Garden City, New York
October 27, 2023

Respectfully submitted,

BORRELLI & ASSOCIATES, P.L.L.C.

By: _____
ANDREW C. WEISS, ESQ.
MICHAEL J. BORRELLI, ESQ.
*Attorneys for Plaintiff*
910 Franklin Avenue, Suite 200
Garden City, New York 11530
Tel. (212) 679-5000
Fax. (516) 248-6027