UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

WILLIAM R. NOLAN,

                              Plaintiff,

     -against-

THE CITY OF NEW YORK, and
JOSEPH REZNICK, and
RAYMOND SPINELLA, and
MICHAEL BARRETO, and
ASIF IQBAL, and POLICE DETECTIVE JAMES
BUTLER, and POLICE OFFICER BRYAN BURGESS,
and POLICE OFFICER JOHN DOE, all in their
individual and official capacities, and JOSE
RODRIGUEZ, individually,

                              Defendants.

Index. No.: 19-cv-00187-RPK-ST

**CERTIFICATE OF DEFAULT**

-------------------------------------------------------------------X

     I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendant JOSE RODRIGUEZ, has not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendant JOSE RODRIGUEZ, is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       November 6, 2023

                                            BRENNA B. MAHONEY, Clerk of Court

                                            By: _*Jalitza Poveda*_____
                                                   Deputy Clerk