# BORRELLI & ASSOCIATES
## P.L.L.C.
www.employmentlawyernewyork.com

| | |
|---|---|
| 655 Third Avenue | 910 Franklin Avenue |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

March 11, 2024

*Via ECF*
The Honorable Steven Tiscione
United States Magistrate Judge for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Nolan v. City of New York et al., Case No. 19-cv-00187-RPK-ST*

Dear Judge Tiscione:

This office represents Plaintiff William R. Nolan in the above-referenced action brought against Defendants, the City of New York ("the City"), and various individuals, for alleged violations of Plaintiff's First, Second, and Fourth Amendment rights. We write now, with the City's consent, to respectfully request an adjournment of Court's March 15, 2024 settlement conference (ECF 84), to April 19, 2024. The parties request this adjournment because they believe that a settlement conference would not be fruitful at this time, as parties are still in the process of exchanging discovery, for which Plaintiff anticipates providing additional documentary discovery this week, and the parties have scheduled a meet and confer to discuss conducting additional electronic discovery thereafter. This is the parties' first request for an adjournment of the Court's scheduled settlement conference.

We thank the Court for its attention to this matter.

Andrew C. Weiss, Esq.
*For the Firm*

To: All counsel of record (*via ECF*)