# BORRELLI & ASSOCIATES
## P.L.L.C.
www.employmentlawyernewyork.com

| | |
|---|---|
| 655 Third Avenue | 910 Franklin Avenue |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

April 15, 2024

<u>*Via ECF*</u>
The Honorable Steven Tiscione
United States Magistrate Judge for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: <u>*Nolan v. City of New York, et al.*</u>, Case No. 19-cv-00187-RPK-ST

Dear Judge Tiscione:

  As Your Honor is aware, this office represents Plaintiff William R. Nolan in the above-referenced action brought against Defendants, the City of New York and various individuals, for alleged violations of Plaintiff's First, Second, and Fourth Amendment rights under the Constitution of the United States, via-a-vis the Fourteenth Amendment and 42 U.S.C. § 1983. We write now, jointly with Defendants, to respectfully request an adjournment of the Court's settlement conference currently scheduled for April 19, 2024 at 12:00 p.m., *sine die*, to a date to be later determined after the close of fact discovery. The parties make this request in the interest of judicial economy, after having had substantial conversation and determining that a settlement conference would not benefit the parties at this time. This is the parties' second request for an adjournment of the Court's scheduled settlement conference. *See* ECF 87.

  We thank the Court for its attention to this matter.

                  Respectfully submitted,

                  Andrew C. Weiss, Esq.
                    *For the Firm*

To: All counsel of record (*via ECF*)