# Exhibit B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

WILLIAM R. NOLAN,

        Plaintiff,

-against-

THE CITY OF NEW YORK, and
JOSEPH REZNICK, and
RAYMOND SPINELLA, and
MICHAEL BARRETO, and
ASIF IQBAL, and POLICE DETECTIVE JAMES
BUTLER, and POLICE OFFICER BRYAN BURGESS,
and POLICE OFFICER JOHN DOE, all in their
individual and official capacities, and JOSE
RODRIGUEZ, individually,

        Defendants.

**NOTICE OF SUBPOENA**

Docket No.:
**19-cv-00187-RPK-ST**

    **PLEASE TAKE NOTICE** that pursuant to the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Eastern District of New York, on or after April 12, 2024, Plaintiff, through his attorneys Borrelli & Associates, P.L.L.C. will serve the attached subpoena commanding Jose Rodriguez to produce the requested documents at Borrelli & Associates, P.L.L.C., 910 Franklin Avenue, Suite 205, Garden City, New York 11530 on May 23, 2024 at 10:30 a.m.

Dated: Garden City, New York
       April 11, 2024

                        Respectfully,

                        BORRELLI & ASSOCIATES, P.L.L.C.
                        *Attorneys for Plaintiff*
                        910 Franklin Avenue, Suite 205
                        Garden City, New York 11530
                        Tel. (516) 248-5550

                        _____
                        ANDREW C. WEISS, ESQ.

## **CERTIFICATE OF SERVICE**

I, Andrew C. Weiss, Esq., hereby certify that on this date, April 11, 2024, a true and correct copy of the foregoing *Notice of Subpoena* was served via Electronic Mail on the following:

> Nicholas Ciappetta
> New York City Law Department
> 100 Church Street
> New York, New York 10007
> Email: nciappet@law.nyc.gov

_____
Andrew C. Weiss, Esq.