# Exhibit C

14.1

**UNITED STATES DISTICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

Index Number: 1:19-cv-00187-RPK-ST
Date Filed: 05/01/2023

ATTORNEY(S) BORRELLI & ASSOCIATES
910 FRANKLIN AVENUE STE 200 GARDEN CITY, NY 11530 | PH: 516-248-5550

**WILLIAM R. NOLAN**

Plaintiff

vs

**THE CITY OF NEW YORK, et al**

Defendant

## AFFIRMATION OF SERVICE

**Joseph P.F. Donovan**, the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **4/18/2024**, at **8:51 AM** at **3 FERNDALE AVENUE, STATEN ISLAND, NY 10314**, Deponent served the within **SUPBOENA TO PRODUCE DOCUMENTS INFORMATION OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION WITH EXHIBIT A**, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **JOSE RODRIGUEZ**, Defendant therein named, ( hereinafter referred to as "subject").

By delivering thereat a true copy of each to **Genevieve Rodriguez (Family Member)**, **a person of suitable age and discretion**.
Said premises is subject's **dwelling house (usual place of abode)** within the state. A description of **Genevieve Rodriguez** is as follows:

**Sex**: Female   **Color of skin**: White   **Color of hair:** Brown   **Age**: 45
**Height**: 5ft4in-5ft8in   **Weight**: 131-160 Lbs.   **Other** :

On April 19, 2024, service was completed by mailing a true copy of the above stated document(s) to the Defendant at the above stated address, in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

I affirm on this day April 19, 2024, under the penalties of perjury under the law of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Joseph P.F. Donovan
Lic # 1292936
JobID 2422793

Client's File No.: NOLAN

*INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771*