**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

WILLIAM R. NOLAN,

        Plaintiff,

    - against -

CITY OF NEW YORK, et al.,

        Defendants.
----------------------------------------------------------X

**ORDER**
CV-19-187 (RPK)

**TISCIONE, United States Magistrate Judge:**

    Plaintiff's Letter Motion to Compel [90] is granted. Defendant Jose Rodriguez is ordered to produce all documents in his possession or custody & control in compliance with the subpoena *ducus tecum* that was served on Rodriguez on April 18, 2024. Rodriguez is expressly warned that failure to produce the requested documents by July 1, 2024 may result in a finding of contempt and appropriate sanctions. Plaintiff's counsel is directed to serve a copy of this Order on Defendant Rodriguez and file proof of service on ECF.

    **SO ORDERED.**

                                                                                               **/s/**
                                                                                **STEVEN L. TISCIONE**
                                                                                **UNITED STATES MAGISTRATE JUDGE**

**Dated:** Central Islip, New York
       May 30, 2024