UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

WILLIAM R. NOLAN,

                       Plaintiff,

    vs.

THE CITY OF NEW YORK, and JOSEPH REZNICK, and RAYMOND SPINELLA, and MICHAEL BARRETO, and ASIF IQBAL, and POLICE DETECTIVE JAMES BUTLER, and POLICE OFFICER BRYAN BURGESS, and POLICE OFFICER JOHN DOE, all in the individual and official capacities, and JOSE RODRIGUEZ, individually,

                       Defendants.

Case No. 19-cv-00187-RPK-ST

**CERTIFICATE OF SERVICE**

---

      I, Andrew C. Weiss, Esq., hereby certify that on this date, May 31, 2024, I served a true and correct copy of this Court's May 30, 2024 Order (ECF 91), by first class mail upon the following:

      Jose Rodriguez
      3 Ferndale Avenue
      Staten Island, New York 10314

Dated:  May 31, 2024
          Garden City, New York

                                             Respectfully submitted,

                                             BORRELLI & ASSOCIATES, P.L.L.C.
                                             *Attorneys for Plaintiff*
                                             910 Franklin Avenue Suite 205
                                             Garden City, New York 11530
                                             Tel.:   (516) 248-5550

                                             _____
                                             ANDREW C. WEISS, ESQ.