**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | July 2, 2024 |
| TIME: | 10:00 A.M. |
| DOCKET NUMBER(S): | CV-19-187 (RPK) |
| NAME OF CASE(S): | Nolan v. The City of New York et al |
| FOR PLAINTIFF(S): | Weiss |
| FOR DEFENDANT(S): | Ciapetta |
| NEXT CONFERENCE(S): | Settlement Conference - November 8, 2024 at 11:00 a.m., in-person |
| FTR/COURT REPORTER: | Not Recorded |

<u>RULINGS FROM</u> Telephone Conference :

The Court will hold an in-person settlement conference on November 8, 2024 at 11:00 a.m. in Courtroom 910 of the Central Islip Courthouse. Parties shall file ex parte settlement statements by November 5, 2024.