UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

WILLIAM R. NOLAN,

                Plaintiff,

-against-

THE CITY OF NEW YORK, and
JOSEPH REZNICK, and
RAYMOND SPINELLA, and
MICHAEL BARRETO, and
ASIF IQBAL, and POLICE DETECTIVE JAMES BUTLER, and POLICE OFFICER BRYAN BURGESS, and POLICE OFFICER JOHN DOE, all in their individual and official capacities, and JOSE RODRIGUEZ, individually,

                Defendants.

Case No.: 19-cv-00187 (RPK) (ST)

**ORDER TO SHOW CAUSE TO FIND JOSE RODRIGUEZ IN CONTEMPT**

---

Upon the declaration of Andrew C. Weiss, Esq., Plaintiff's Memorandum of Law in Support of Plaintiff's Order to Show Cause to Find Jose Rodriguez in Contempt, and all other documents submitted in conjunction, it is hereby ORDERED, that non-appearing Defendant Jose Rodriguez, show cause before this Court, in Courtroom 910, at the United States District Court for the Eastern District of New York, located at 100 Federal Plaza, Central Islip, New York 11722, on _____, 2024, at _____, or as soon thereafter as counsel may be heard, why an order should not be issued: (i) pursuant to this Court's inherent authority, holding Jose Rodriguez in contempt for his defiance of Plaintiff's subpoena *decus tecum*, and this Court's May 30, 2024 Order to comply with the same; and (ii) granting Plaintiff reasonable attorneys' fees and costs incurred in seeking to remedy Jose Rodriguez's non-compliance with Plaintiff's subpoena and the Court's Order; and it is further

ORDERED that that service of this Order, together with copies of the papers in support thereof, shall be made by filing and serving a copy on answering Defendants' counsel *via* ECF and on non-appearing Defendant Jose Rodriguez by first class mail to his last known address, 3 Ferndale Avenue, Staten Island, New York 10314 and by electronic mail to yankeefanjr@aol.com; and, it is further

ORDERED that answering papers, if any, be filed with this Court and served on Plaintiff's counsel by mail or ECF, on or before _____, 2024 at _____ o'clock in the a.m./p.m. thereof; and it is further

ORDERED that reply papers, if any, be filed and served on Rodriguez by first class mail, on or before _____, 2024 at _____ o'clock in the a.m./p.m. thereof.

Dated: _____, 2024                    _____
       Central Islip, New York                                          The Honorable Steven L. Tiscione,
                                                                        United States Magistrate Judge