| | |
|---|---|
| **From:** | Andrew C. Weiss |
| **To:** | "Jose Rodriguez" |
| **Subject:** | RE: William Robert Nolan |
| **Date:** | Monday, July 22, 2024 6:34:24 PM |
| **Attachments:** | image001.jpg |

Mr. Rodriguez,

I am unsure of the relevance of the Tiktok page you sent me. I am only concerned with whether you intend comply with the Court's order to produce the documents requested in the subpoena.

Respectfully,

Andrew C. Weiss, Esq.
Borrelli & Associates, P.L.L.C.
910 Franklin Avenue, Suite 205
Garden City, New York 11530
Tel. No. (516) 248-5550
Fax No. (516) 248-6027

---

655 Third Avenue, Suite 1821
New York, New York 10017
Tel. No. (212) 679-5000
Fax No. (212) 679-5005
www.employmentlawyernewyork.com
acw@employmentlawyernewyork.com

Note: The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney/client privilege or any other privilege. This e-mail message may not be forwarded without the prior written consent of Borrelli & Associates, P.L.L.C. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, reproduction, circulation, publication, dissemination or other use of, or taking of any action, or omission to take action, in reliance upon this communication by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please (i) notify us immediately by telephone at (516)248-5550, and (ii)delete the message and any material attached thereto from any computer, disk drive, diskette, or other storage device or media. Thank you.

**From:** Jose Rodriguez <yankeefanjr@aol.com>
**Sent:** Monday, July 22, 2024 6:02 PM
**To:** Andrew C. Weiss <ACW@employmentlawyernewyork.com>
**Subject:** Re: William Robert Nolan



@williamrobertnolan63 1 Followers, 0 Following, 26 Likes - Watch awesome short videos created by William Robert Nolan

 **William Robert Nolan on TikTok**
tiktok.com

Look at all these videos of his harrasment on the neighborhood. This is why he was arrested in the first place and this is who you represent

> On Jul 22, 2024, at 6:00 PM, Jose Rodriguez <yankeefanjr@aol.com> wrote:
>
> <image0.jpeg>
> <image1.png>
> <Video.MOV>
> This is your client calling my then 15 year old daughter on FaceTime. And this is who you represent??
>
>> On Jul 22, 2024, at 5:41 PM, Andrew C. Weiss <ACW@employmentlawyernewyork.com> wrote:
>>
>> Mr. Rodriguez,
>> I write to follow up on Plaintiff's subpoena for the production of documents dated April 18, 2024. On May 30, 2024, the Court ordered your compliance with the subpoena. Attached, please find the Court's order that I previously mailed to you.
>> The Court's deadline to respond to the subpoena was July 1, 2024. To date, you have not contacted me or produced the documents requested

in the subpoena. As I have had difficulty reaching you by phone, I am writing to you now, in good faith, to request that you contact me and let know whether you intend to provide a response to the subpoena. Otherwise, I will have to ask the Court to enforce its order by holding you in contempt for your failure to respond.

Respectfully,
Andrew C. Weiss, Esq.
Borrelli & Associates, P.L.L.C.
910 Franklin Avenue, Suite 205
Garden City, New York 11530
Tel. No. (516) 248-5550
Fax No. (516) 248-6027

-------------------------------------

655 Third Avenue, Suite 1821
New York, New York 10017
Tel. No. (212) 679-5000
Fax No. (212) 679-5005
www.employmentlawyernewyork.com
acw@employmentlawyernewyork.com

Note: The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney/client privilege or any other privilege. This e-mail message may not be forwarded without the prior written consent of Borrelli & Associates, P.L.L.C. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, reproduction, circulation, publication, dissemination or other use of, or taking of any action, or omission to take action, in reliance upon this communication by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please (i) notify us immediately by telephone at (516)248-5550, and (ii)delete the message and any material attached thereto from any computer, disk drive, diskette, or other storage device or media. Thank you.