**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

WILLIAM R. NOLAN,

        Plaintiff,

    - against -

THE CITY OF NEW YORK, et al.,

        Defendants,
----------------------------------------------------------X

**ORDER**
CV-19-187 (RPK)

**TISCIONE, United States Magistrate Judge:**

    A show cause hearing will be held at 12:00 p.m. on August 8, 2024 before the undersigned in Courtroom 910 of the Central Islip Courthouse. Counsel for all parties and Defendant Jose Rodriguez must appear in-person. Counsel for Plaintiff is directed to immediately serve a copy of this Order upon Jose Rodriguez at his last known address via return receipt delivery and file proof of delivery with the Court no later than August 1, 2024.

    **SO ORDERED.**

                                                                                                 _s/_
                                                                                 **STEVEN L. TISCIONE**
                                                                                 **UNITED STATES MAGISTRATE JUDGE**

**Dated:** Central Islip, New York
           **July 29, 2024**