## AFFIDAVIT OF SERVICE

STATE OF NEW YORK }
COUNTY OF NASSAU } ss.:

I, Yamilett C. Pernett, being duly sworn, depose and state: That I am not a party to this action, am over 18 years of age, and reside in the County of Nassau, State of New York.

That on July 30, 2024, I served the *Order to Show Cause* (ECF. No. 99), upon:

| | |
|---|---|
| Jose Rodriguez<br>3 Ferndale Avenue<br>Staten Island, New York 10314 | |

the addresses designated by said party(s) or attorney(s) for that purpose in the matter of:

*William R. Nolan, v. The City of New York, et al.; Case No.: 19-cv-00187 (RPK) (ST)*

[ ] by depositing a true copy of the same, enclosed in a post-paid properly addressed wrapper, VIA FIRST CLASS MAIL, in a post office depository under the exclusive care of the United States Postal Service within the State of New York.
[X] by depositing a true copy of the same, enclosed in a post-paid properly addressed CERTIFIED MAIL/RETURN RECEIPT wrapper, in a post office depository under the exclusive care of the United States Postal Service within the State of New York.
[ ] by dispatching a copy by overnight delivery via Federal Express OVERNIGHT MAIL to the parties above named at the address so indicated.
[ ] by PERSONALLY delivering a true copy of same to each person above named at the address so indicated. I knew each person mentioned and described in said papers a party therein;
[ ] by transmitting a true copy of same to the parties above named by ELECTRONIC MAIL so designated by said parties.

Sworn to before me on July 30, 2024

_____
NOTARY PUBLIC
Andrew C Weiss
Notary Public, State of New York
Reg. No. 02WE6397069
Qualified in Queens County
Commission Expires August 26, 2027

_____
Yamilett C. Pernett



US POSTAGE ™ PITNEY BOWES

$ 009.64°
ZIP 11530
02 7H
0006068058    JUL 30 2024

FIRST-CLASS

CERTIFIED MAIL®

9589 0710 5270 0212 6712 79

BORRELLI & ASSO
P.L.L.C.
910 Franklin Avenue, Suite 200, Garden C
Tel No. 516.248.5550 | Fax No. 516
www.employmentlawyernewyork.com

Jose Rodriguez
3 Ferndale Avenue
Staten Island, NY 10314