# BORRELLI & ASSOCIATES
## P.L.L.C.
www.employmentlawyernewyork.com

| 655 Third Avenue | 910 Franklin Avenue |
|---|---|
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

August 1, 2024

_Via ECF_
The Honorable Steven Tiscione
United States Magistrate Judge for the
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

   Re:  _Nolan v. City of New York et al., Case No. 19-cv-00187-RPK-ST_

Dear Judge Tiscione:

   This office represents Plaintiff William R. Nolan in the above-referenced action brought against the City of New York, Joseph Reznick, Raymond Spinella, Michael Barreto, Asif Iqbal, Detective James Butler, Police Officer Bryan Burgess, and Police Officer John Doe (all eight, together, as "City Defendants"), as well as non-appearing Defendant Jose Rodriguez, for alleged violations of Plaintiff's First, Second, Fourth, Fifth, Sixth, and Eighth Amendment rights.  We write now, with City Defendants' consent, to respectfully request an adjournment of the Court's Show Cause hearing currently scheduled for August 8, 2024, at 12:00 p.m. (ECF 99), to August 8, 2024, at 3:30 p.m., or on a date thereafter, with the exception of August 14th or 15th, based on the Court's convenience.  Plaintiff requests this adjournment due to a scheduling conflict necessitating that the undersigned appear in Kings County Supreme Court on the morning of August 8, 2024. In good faith, prior to making this request, I reached out to Jose Rodriguez by electronic mail to inquire whether he had any objections to an adjournment and/or rescheduling and, as of the time of this filing, I have not received a response.

We thank the Court for its attention to this matter.

Respectfully submitted,

Andrew C. Weiss, Esq.
*For the Firm*

To:    All counsel of record (*via ECF*)

*Via First Class and Electronic Mail*
Jose Rodriguez
3 Ferndale Avenue
Staten Island, New York 10314
Email: yankeefanjr@aol.com