

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**NICHOLAS R. CIAPPETTA**
Phone: (212) 356-4036
Fax: (212) 356-2019
nciappet@law.nyc.gov

August 7, 2024

**BY ECF**
Honorable Steven L. Tiscione
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  William R. Nolan v. City of New York, et. al.
          19-CV-00187 (RPK)(ST)

Dear Judge Tiscione:

    I am an attorney in the office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York. I represent the City of New York, (Ret.) Chief Joseph Reznick, (Ret.) Chief Raymond Spinella, Inspector Michael Barreto, Captain Asif Iqbal, (Ret.) Detective James Butler, and Police Officer Bryan Burgess (collectively "City Defendants"). I write with respect to the Order to Show Cause proceeding scheduled for tomorrow, August 8, 2024. Specifically, I request the ability to participate virtually or by telephone as I recently tested positive for COVID-19 and remain symptomatic. Plaintiff's counsel has no objection to this request as no relief is sought against the City Defendants.

                      Respectfully,

                      /s/

                      Nicholas R. Ciappetta
                      Assistant Corporation Counsel

Cc:    Andrew C. Weiss, Esq., Attorney for Plaintiff (by ECF)