# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | August 8, 2024 |
| TIME: | 3:30 P.M. |
| DOCKET NUMBER(S): | CV-19-187 (RPK) |
| NAME OF CASE(S): | Nolan v. The City of New York et al |
| FOR PLAINTIFF(S): | Weiss |
| FOR DEFENDANT(S): | Trotter |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | Cisco (3:45 - 4:05) |

**RULINGS FROM** Order to Show Cause Hearing :

Defendant Jose Rodriguez failed to appear for the Order to Show Cause Hearing. Plaintiff's counsel reports that Mr. Rodriguez has still failed to produce any documents responsive to the subpoena, in clear violation of the Court's May 30, 2024 Order. In light of Mr. Rodriguez's failure to comply with the Court's May 30, 2024 Order re: discovery, and his failure to comply with the Court's July 29, 2024 and August 1, 2024 Orders requiring his appearance at today's hearing, this Court will recommend that Mr. Rodriguez be held in contempt and ordered to pay monetary sanctions as well as the attorney fees and costs Plaintiff has expended in attempting to secure compliance with the subpoena.