**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | October 28, 2024 |
| TIME: | 10:00 A.M. |
| DOCKET NUMBER(S): | CV-19-187 (RPK) |
| NAME OF CASE(S): | Nolan v. The City of New York et al. |
| FOR PLAINTIFF(S): | Weiss |
| FOR DEFENDANT(S): | Bennet |
| NEXT CONFERENCE(S): | Settlement Conference - April 28, 2025 at 11:00 a.m. |
| FTR/COURT REPORTER: | Cisco (10:00 - 10:15) |

RULINGS FROM Motion Hearing:

Letter MOTION for Extension of Time to Complete Discovery [106] is granted.

The deadline for completion of fact discovery is extended to February 28, 2025, the deadline to exchange expert reports is extended to March 26, 2024, the expert deposition and discovery completion deadlines are extended to April 26, 2024, and the final date for the first step in dispositive motion practice is extended to May 30, 2024.

The November 8, 2024 settlement conference is adjourned to April 28, 2025 at 11:00 a.m. Parties shall file ex parte settlement statements by April 25, 2025.