**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | February 18, 2025 |
| TIME: | 1:30 P.M. |
| DOCKET NUMBER(S): | CV-19-187 (RPK) |
| NAME OF CASE(S): | Nolan v. The City of New York et al |
| FOR PLAINTIFF(S): | Weiss |
| FOR DEFENDANT(S): | Ciappetta |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | Cisco (1:30 - 1:45) |

RULINGS FROM Motion Hearing:

The Letter MOTION for Extension of Time to Complete Discovery [108] is granted. The deadline for completion of fact discovery is extended to June 27 2025; the deadline to exchange expert reports is extended to July 25, 2025; the expert deposition and discovery completion deadlines are extended to August 26, 2025; and the final date for the first step in dispositive motion practice is extended to September 30, 2025. The April 28, 2025 settlement conference is adjourned without date. The parties will advise the Court when a settlement conference would be productive.