# BORRELLI & ASSOCIATES
### P.L.L.C.
www.employmentlawyernewyork.com

| 655 Third Avenue | 910 Franklin Avenue |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

May 21, 2025

*Via ECF*
The Honorable Steven Tiscione
United States Magistrate Judge for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Nolan v. City of New York et al., Case No. 19-cv-00187-RPK-ST*

Dear Judge Tiscione:

  This office represents Plaintiff William R. Nolan in the above-referenced action brought against Defendants, the City of New York ("the City"), and various individuals, for alleged violations of, *inter alia*, Plaintiff's First, Second, Fourth, Fifth, Sixth, and Eighth Amendment rights. We write to respectfully follow up on Plaintiff's March 5, 2025 letter (ECF 110), requesting the Court's entry of its Report and Recommendation for non-answering Defendant Jose Rodriguez to "be held in contempt and ordered to pay monetary sanctions as well as the attorney fees and costs Plaintiff has expended in attempting to secure compliance with the subpoena." ECF 105.

  We thank the Court for its attention to this matter.

                   Andrew C. Weiss, Esq.
                     *For the Firm*

To: All counsel of record (*via ECF*)