# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | July 9, 2025 |
| TIME: | 12:30 P.M. |
| DOCKET NUMBER(S): | CV-19-187 (RPK) |
| NAME OF CASE(S): | Nolan v. The City of New York et al. |
| FOR PLAINTIFF(S): | Weiss |
| FOR DEFENDANT(S): | Ciappetta |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | Cisco (12:30 - 12:45) |

RULINGS FROM  Motion Hearing                    :

The deadline for completion of fact discovery is extended to October 27 2025; the deadline to exchange expert reports is extended to November 25, 2025; the expert deposition and discovery completion deadlines are extended to December 26, 2025; and the final date for the first step in dispositive motion practice is extended to January 30, 2026.  The parties will advise the Court when a settlement conference would be productive.  Plaintiff's Letter MOTION for Contempt [111] is granted.  In light of Defendant Rodriguez's continued failure to comply with the subpoena and subsequent Court Orders, the Court orders Defendant Rodriguez to pay all reasonable expenses, including attorney's fees, that Plaintiff expended and continues to expend attempting to secure Rodriguez's compliance. Continued failure to comply will also result in a finding of contempt and additional monetary sanctions.