# BORRELLI & ASSOCIATES
### P.L.L.C.
www.employmentlawyernewyork.com

| | |
|---|---|
| 655 Third Avenue | 910 Franklin Avenue |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

August 21, 2025

*Via Electronic Case Filing*
The Honorable Steven Tiscione
United States Magistrate Judge for the
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

        Re:    *Nolan v. City of New York et al.*, Case No. 19-cv-00187-RPK-ST

Dear Judge Tiscione:

      As this Court knows, we represent Plaintiff William R. Nolan in the above-referenced action brought against Defendants the City of New York, Joseph Reznick, Raymond Spinella, Michael Barreto, Asif Iqbal, Detective James Butler, Police Officer Bryan Burgess, and Police Officer John Doe, as well as non-answering Defendant Jose Rodriguez, for alleged violations of Plaintiff's First, Second, Fourth, Fifth, Sixth, and Eighth Amendment rights. We write in response to the Court's July 11, 2025 Order (ECF 113), and pursuant to Rules 37(b)(2)(C) and 54(d)(2), to request that the Court issue an order: (i) directing Defendant Rodriguez to pay Plaintiff a total of $7,187.38, in attorneys' fees and costs for the 21.2 hours spent seeking Defendant Rodriguez's compliance with Plaintiff's subpoena and the Court's subsequent May 30, 2024 and July 29, 2024 orders; (ii) directing Defendant Rodriguez to comply with Plaintiff's April 18, 2024 subpoena within thirty days; (iii) stating that Defendant Rodriguez's continued failure to comply with Plaintiff's subpoena will result in this Court recommending to the District Judge that Defendant Rodriguez be incarcerated until such time as he purges his contempt by complying with the Court's Orders; and (iv) any such further relief as the Court deems just and proper. In support of Plaintiff's request, Plaintiff submits the Declaration of Andrew C. Weiss, Esq., and the exhibits, including contemporaneous time records, attached thereto.

We thank the Court for its time and attention to this matter.

                                             Respectfully submitted,

                                             Andrew C. Weiss, Esq.
                                                *For the Firm*

To:    All Counsel *via* ECF

       <u>*Via First Class Mail*</u>
       Jose Rodriguez
       *Non-answering Defendant*
       3 Ferndale Avenue
       Staten Island, New York 10314