# AFFIRMATION OF SERVICE

**NEW YORK STATE**
**COUNTY OF NASSAU**

I, YAMILETT C. PERNETT, affirm and state: That I am not a party to this action, am over 18 years of age, and reside in the County of Nassau, State of New York.

That on January 8, 2026, I served a copy of the *Order Adopting Report and Recommendation* upon:

> Jose Rodriguez
> 3 Ferndale Avenue
> Staten Island, New York 10314
> yankeefanjr@aol.com

[X] by depositing a true copy of the same, enclosed in a post-paid properly addressed wrapper, VIA FIRST CLASS MAIL, in a post office depository under the exclusive care of the United States Postal Service within the State of New York.
[X] by depositing a true copy of the same, enclosed in a post-paid properly addressed CERTIFIED MAIL/RETURN RECEIPT wrapper, in a post office depository under the exclusive care of the United States Postal Service within the State of New York.
[ ] by dispatching a copy by overnight delivery via Federal Express OVERNIGHT MAIL to the parties above named at the address so indicated.
[ ] by PERSONALLY delivering a true copy of same to each person above named at the address so indicated. I knew each person mentioned and described in said papers a party therein;
[X] by transmitting a true copy of same to the parties above named by ELECTRONIC MAIL so designated by said parties.

I affirm this 8TH day of January, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
YAMILETT C. PERNETT