# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | February 10, 2026 |
| TIME: | 2:30 pm |
| DOCKET NUMBER(S): | 19-cv-187-RPK-ST |
| NAME OF CASE(S): | Nolan v. The City of New York et al |
| FOR PLAINTIFF(S): | Weiss |
| FOR DEFENDANT(S): | Ciappetta |
| NEXT CONFERENCE(S): | See Rulings below. |
| FTR/COURT REPORTER: | FTR (2:00 - 2:15) |

RULINGS FROM Order to Show Cause Hearing:

Defendant Rodriguez was ordered to appear before this Court and Show Cause why he should not be sanctioned for his flagrant and repeated failure to abide by multiple Court Orders stemming originally from a subpoena that Defendant has ignored for years. Plaintiff's counsel reports that he contacted Rodriguez by email again yesterday to reiterate his need to appear. According to counsel, Defendant Rodriguez responded by phone and was once again advised of his need to appear as well as the date, time and location of the hearing. Nevertheless, Defendant Rodriguez failed to appear and has not made any attempt to contact the Court or otherwise explain his absence. Accordingly, the Court will renew its recommendation that Defendant Rodriguez be found in contempt and sanctioned, and a Report & Recommendation will follow in short order. Plaintiff shall serve a copy of this minute entry and the attached Order on Defendant Rodriguez and file proof of service on ECF.