

**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**NICHOLAS R. CIAPPETTA**
Phone: (212) 356-4036
Fax: (212) 356-2019
nciappet@law.nyc.gov

March 3, 2026

**BY ECF**
Honorable Steven L. Tiscione
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   William R. Nolan v. City of New York, et. al.
>       19-CV-00187 (RPK)(ST)

Dear Judge Tiscione:

I am an attorney in the office of Steven Banks, Corporation Counsel of the City of New York. I submit this joint letter on behalf of the City of New York, (Ret.) Chief Joseph Reznick, (Ret.) Chief Raymond Spinella, Inspector Michael Barreto, Captain Asif Iqbal, (Ret.) Detective James Butler, and Police Officer Bryan Burgess (collectively "City Defendants"), and the Plaintiff, to seek a four ("4") month extension of the time within which to conduct discovery and submit dispositive motion practice. This is the sixth such request by the parties.

Plaintiff names six current or former police officers with the New York City Police Department ("NYPD") as defendants in their official and individual capacities and the Second Amended Complaint contains eleven ("11") causes of action stemming from an alleged series of incidents beginning in 2017. Specifically, Plaintiff alleges that his complaints to the NYPD regarding the alleged harassing conduct of Defendant Jose Rodriguez went unanswered and that the NYPD engaged in a number of retaliatory actions against Plaintiff, including suspension of his handgun license, confiscation of said license and associated handguns, and arrests on December 20, 2018 and January 14, 2020.

The parties have substantially completed both paper and electronic discovery, and responded to all outstanding discovery requests. Accordingly, all that remains is the taking of depositions by both sides and any follow-up discovery requests as a result of those depositions. The parties, however, anticipate a number of depositions, and the requested discovery extension is necessary to provide sufficient time to complete them.

Accordingly, Plaintiff and City Defendants seek a four ("4") month extension of fact discovery until June 30, 2026, a corresponding extension of time to complete expert

discovery to August 26, 2026, and a likewise extension of the final date for the first step in dispositive motion practice to September 30, 2026.

Thank you in advance for your consideration of this matter.


Respectfully,

/s/

Nicholas R. Ciappetta
Assistant Corporation Counsel