# BORRELLI & ASSOCIATES

## P.L.L.C.

www.employmentlawyernewyork.com

| 655 Third Avenue | 910 Franklin Avenue |
| --- | --- |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

June 3, 2026

*Via ECF*
The Honorable Rachel P. Kovner
United States District Judge for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *Nolan v. City of New York et al., Case No. 19-cv-00187-RPK-ST*

Dear Judge Kovner:

This office represents Plaintiff William R. Nolan in the above-referenced action brought against Defendants, the City of New York ("the City"), and various individuals, for alleged violations of, *inter alia*, Plaintiff's First, Second, Fourth, Fifth, Sixth, and Eighth Amendment rights. We write to respectfully request entry of an order adopting Judge Tiscione's February 12, 2026 Report and Recommendation (ECF 125) for sanctions against defaulting Defendant Jose Rodriguez.

By way of background, on January 6, 2026, this Court entered its Order directing Plaintiff and Jose Rodriguez to appear before Judge Tiscione on February 10, 2026 for Rodriguez to show cause as to why he should not be held in contempt. On February 10, 2026, Rodriguez failed to appear. Consequently, on February 12, 2026, as ordered, Judge Tiscione filed his Report and Recommendation (ECF 125), which recommended sanctions against Rodriguez, and provided fourteen days from the service of his Report and Recommendation for the filing of any objections to the same. That same day, Plaintiff served the Report and Recommendation on Rodriguez by certified and electronic mail (ECF 126). Since that time, no objections have been filed in response.

Thus, we respectfully request that the Court enter an order adopting Judge Tiscione's Report and Recommendation, and issue an arrest warrant against Jose Rodriguez, and ordering that he "be incarcerated until such time as he purges his contempt by complying the Courts'

Orders," which includes compliance with Plaintiff's subpoena, and paying $7,187.38 in reasonable fees that Plaintiff expended in attempting to secure his compliance, as initially ordered on November 3, 2025. *See* ECF 125.

We thank the Court for its attention to this matter.

Andrew C. Weiss, Esq.
*For the Firm*

To:    All counsel of record (*via ECF*)

*Via First Class and Electronic Mail*
Jose Rodriguez
3 Ferndale Avenue
Staten Island, New York 10314
Email: yankeefanjr@aol.com