## AFFIDAVIT OF SERVICE

| Case: 1:19-cv-00187-RPK-ST | Court: In The United States District Court for the Eastern District of New York | County: | Job: 16064881 |
|---|---|---|---|
| **Plaintiff / Petitioner:** William R. Nolan | | **Defendant / Respondent:** The City of New York, Joseph Reznick, Raymond Spinella, Lawrence Byrne, Michael Barreto, Asif IQbal, James Butler, Bryan Burgess, John Doe, and Jose Rodriguez | |
| **Received by:** Maverick Process Service & Investigations, LLC | | **For:** Borrelli & Associates, P.L.L.C. | |
| **To be served upon:** Jose Rodriguez | | | |

I, Anthony Bellantone, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Genevieve (Rodriguez) wife, Home: 3 Ferndale Avenue, Staten Island, NY 10314

**Manner of Service:**   Substitute Service - Abode, Jun 6, 2026, 8:14 pm EDT

**Documents:**   Order to Show Cause

**Additional Comments:**

1) Unsuccessful Attempt: Jun 5, 2026, 1:22 pm EDT at Home: 3 Ferndale Avenue, Staten Island, NY 10314
NO answer when I knocked on the door. Rang the ring doorbell. Female answered the Ring doorbell and stated nobody was home. I asked if Jose Rodriguez was available and she stated he was at work and sometimes he doesn't get home until very late. I asked if there was a better time to catch him home. She was unresponsive.

2) Successful Attempt: Jun 6, 2026, 8:14 pm EDT at Home: 3 Ferndale Avenue, Staten Island, NY 10314 received by Genevieve (Rodriguez), wife. Age: 40-50; Ethnicity: White; Gender: Female; Weight: 130-145; Height: 5'6"; Hair: Brown;
Served a Person of suitable age and discretion (over the age of 18) by delivering and leaving a true copy of the document at the said premises, being the defendant's place of abode. The person served stated they are a cohabitant at this address.

6/7/2026- Brian McClernan Mailed a copy of the documents via USPS First Class Mail to:
Jose Rodriguez
3 Ferndale Avenue
Staten Island, NY 10314
Under the penalties of perjury I declare that I have read the forgoing Affidavit of Service and the facts stated in it are true.

_____        06/08/2026
Anthony Bellantone                **Date**
2127280-DCWP

Maverick Process Service & Investigations, LLC
9 Westminster Shopping Center #384
Westminster MD 21157
877-838-4782
Email: info@mavpi.com